# EXHIBIT 1

RECORDING REQUESTED BY
AND WHEN RECORDED RETURN TO:

Gregory A. McCormick
GARFIELD & MEREL, LTD.
180 N Stetson
Suite 1300
Chicago, Illinois 60601

COMMON ADDRESS:
9808 S. Normal
Chicago, IL 60628

TAX IDENTIFICATION NO.:
25-09-129-057-0000



Doc#: 1129013053 Fee: $40.00
Eugene "Gene" Moore RHSP Fee:$10.00
Cook County Recorder of Deeds
Date: 10/17/2011 03:15 PM Pg: 1 of 3

## ASSIGNMENT OF MORTGAGE AND ASSIGNMENT OF RENTS

Assignor:
Federal Deposit Insurance Corporation,
as Receiver for ShoreBank

Assignee:
Urban Partnership Bank

FOR VALUE RECEIVED, the receipt and sufficiency of which are hereby acknowledged, Federal Deposit Insurance Corporation, as receiver for ShoreBank ("Assignor") does hereby grant, sell, assign, transfer and convey to Urban Partnership Bank ("Assignee") that certain Mortgage described as follows (collectively "Mortgage"):

Mortgage dated March 20, 2008 and recorded April 28, 2008 with the Recorder of Deeds of Cook County, Illinois as document number 0811908052 and executed by Dylan Reeves to secure a note for $160,000.00 and Assignment of Rents, recorded on April 28, 2008 as document number 0811908053.

Legal Description of Property:

LOT 4 (EXCEPT THE NORTH 8 FEET THEREOF) AND THE NORTH 8 FEET OF LOT 5 IN BLOCK 9 IN ODELL'S ADDITION TO EUCLID PARK, A SUBDIVISION OF THE EAST ½ OF THE NORTHWEST ¼ OF SECTION 9, TOWNSHIP 37 NORTH, RANGE 14 EAST OF THE THIRD PRINCIPAL MERIDIAN, IN COOK COUNTY, ILLINOIS.

C:\Users\Bismark_M\AppData\Local\Microsoft\Windows\Temporary Internet Files\Content.Outlook\F947H0WH\Assignment of 160k Mortgage (4).doc

Commonly known as: 9808 S. Normal, Chicago, IL 60628

Together with the notes and obligations therein described or referred to, the money due or to become due thereon, together with interest, and all rights accrued or to accrue under said Mortgage.

To have and to hold the same unto Assignee, and its successors and assigns forever, subject only to the terms and conditions of the above described Mortgage.

IN WITNESS WHEREOF, we have executed this Assignment the day and year first above written.

**ASSIGNOR**: FEDERAL DEPOSIT INSURANCE CORPORATION,
BY: URBAN PARTNERSHIP BANK ITS ATTORNEY
IN FACT,

By: _____
Name: Matthew M. _____
Its: Deputy General Counsel

STATE OF ILLINOIS    )
                     ) SS.
COUNTY OF Cook       )

I, _Laurie Edwards_, a Notary Public in and for said County in the State aforesaid, **DO HEREBY CERTIFY THAT** _MAUREEN BISMARK_ who are personally known to me to be the same person whose name is subscribed to the foregoing instrument, appeared before me this day in person and acknowledged that he signed, sealed and delivered the said instrument as his own free and voluntary act, for the uses and purposes therein set forth.

GIVEN under my hand and notarial seal this _13th_ day of _October_, 2011.

_Laurie Edwards_
Notary Public

"OFFICIAL SEAL"
Laurie Edwards
Notary Public, State of Illinois
My Commission Expires June 24, 2015

C:\Users\Bismark_M\AppData\Local\Microsoft\Windows\Temporary Internet Files\Content.Outlook\F947H0WH\Assignment of 160k Mortgage (4).doc