# EXHIBIT 2

RECORDING REQUESTED BY
AND WHEN RECORDED RETURN TO:

Gregory A. McCormick
GARFIELD & MEREL, LTD.
Two Prudential Plaza
180 N. Stetson Avenue, Suite 1300
Chicago, Illinois 60601

COMMON ADDRESS:
9808 S. Normal
Chicago, Illinois 60628

TAX IDENTIFICATION NO.:
25-09-129-064-0000



Doc#: 1132644060 Fee: $38.00
Eugene "Gene" Moore RHSP Fee:$10.00
Cook County Recorder of Deeds
Date: 11/22/2011 11:58 AM Pg: 1 of 2

#26319

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT – CHANCERY DIVISION

URBAN PARTNERSHIP BANK, as successor )
in interest to SHOREBANK, )
)
    Plaintiff, )
)
v. ) No. 11 CH 40227
)
DYLAN REEVES; )
5431-33 SOUTH WABASH, LLC; )
5437 SOUTH WABASH, LLC; )
CITY OF CHICAGO; )
HSBC NEVADA F/K/A HOUSEHOLD ) 9808 S. NORMAL
BANK; FORD MOTOR CREDIT )
COMPANY. LLC; ) CHICAGO, IL 60628
BING TIE; YING CHANG MA; )
UNKNOWN OWNERS, and )
NON-RECORD CLAIMANTS. )
)
    Defendants. )

**NOTICE OF LIS PENDENS**
**NOTICE OF FORECLOSURE**

1.  Pursuant to 735 ILCS 5/2-1901 and 5/15-1503, the undersigned hereby certifies that: The above entitled cause was filed on November 22, 2011, and is now pending before the above-noted court, and all the parties in the cause are identified above.

2.  The name of the title holder of record is:

  Dylan Reeves

3.  The real estate to be foreclosed is legally described as follows:

G:\SCOPPO\Urban Partnership Bank\Reeves - 9808 S Normal\LIS PENDENS.doc

LOT 4 (EXCEPT THE NORTH 8 FEET THEREOF) AND THE NORTH 8 FEET OF LOT 5 IN BLOCK 9 IN ODELL'S ADDITION TO EUCLID PARK, A SUBDIVISION OF THE EAST ½ OF THE NORTHWEST ¼ OF SECTION 9, TOWNSHIP 37 NORTH, RANGE 14 EAST OF THE THIRD PRINCIPAL MERIDIAN, IN COOK COUNTY, ILLINOIS.

Commonly known as: 9808 S. Normal, Chicago, IL 60628

Permanent Index Number: 25-09-129-064-0000

4. Mortgage being foreclosed:
Mortgage dated December 8, 2006 and Recorded in the Office of the Recorder of Deeds of Cook County, Illinois: March 27, 2007 as Document No.: 0708641088 made by Dylan Reeves; and Mortgage dated March 20, 2008 and Recorded in the Office of the Recorder of Deeds of Cook County, Illinois; April 28, 2008 as Document No.:0811908052 made by Dylan Reeves

Urban Partnership Bank as successor in interest to ShoreBank

By:_____
One of their attorneys

Gregory A. McCormick
Samantha Licker
GARFIELD & MEREL, LTD.
180 N. Stetson Avenue, Suite 1300
Chicago, Illinois 60601
Ph: (312) 583-1600
Atty. I.D. 26319