# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS - EASTERN DIVISION

| | | |
|---|---|---|
| In re:Dylan Reeves | | ) IN A CHAPTER 13 PROCEEDING |
| Debtor(s) | | ) |
| Dylan Reeves | | ) |
| Plaintiff(s) | | ) |
| | vs. | ) Adversary No. 16-00523 |
| Kondaur Capital Corp. | | ) |
| Defendant | | ) Judge Janet S. Baer |
| | | ) Re: Bankr. Case No. 13-21976 |

### PLAINTIFF'S ANSWER TO AFFIRMATIVE DEFENSES OF KONDAUR

NOW COMES Dylan Reeves, the Debtor and Plaintiff, by and through the Law Offices of Robert J. Adams & Associates, and submits this Answer to the Affirmative Defenses presented by Kondaur Capital Corp. as part of its Answer to the Adversary Complaint.

### STATEMENT OF FACTS

1. On or about December 8, 2006, ShoreBank extended a loan with an original principal balance not to exceed $231,300 ("Subject Loan") to Dylan Reeves and secured by a mortgage ("Mortgage") as to the real property commonly known as 9808 S. Normal, Chicago, Illinois 60628 ("Subject Property").

*ANSWER*: Admit.

2. At the time the Subject Loan was extended, Plaintiff and ShoreBank intended for the Subject Property to be used as collateral to secure the amounts due under the Subject Loan and for the Mortgage to create a lien against the Subject Property.

*ANSWER*: Deny. The terms of the mortgage are embodied in the four corners of the relevant documents. Any intention was merged into the document.

3. Any error in the legal description of the Subject Property contained in the Mortgage was not intentional.

*ANSWER*: Plaintiff is without knowledge of the reason behind the error and therefore denies this allegation.

4. Federal Deposit Insurance Corporation ("FDIC") as receiver for ShoreBank assigned the Mortgage to Urban Partnership Bank ("UPB") on or about October 13, 2011 and recorded with the Cook County Recorder of Deeds as Document No. 1129013053 on October 17, 2011. A copy of the Assignment from FDIC to UPB is attached hereto as Exhibit 1.

*ANSWER*: Deny. Plaintiff was not involved in the assignment and cannot state whether the document

is legally valid.

5. The Assignment from FDIC to UPB provided the following legal description for the Subject Property:
LOT 4 (EXCEPT THE NORTH 8 FEET THEREOF) AND THE NORTH 8 FEET OF LOT 5 IN BLOCK 9 IN ODELL'S ADDITION TO EUCLID PARK, A SUBDIVISION OF THE EAST 1/2 OF THE NORTHWEST 1/4 OF SECTION 9, TOWNSHIP 37 NORTH, RANGE 14 EAST OF THE THIRD PRINCIPAL MERIDIAN, IN COOK COUNTY, ILLINOIS.

*ANSWER*: Admit that the description in Par. 5 above is the same as seen in the assignment. Deny as

to any other allegation.

6. Following the Plaintiff's default under the terms of the Subject Loan and Mortgage, UPB filed a complaint to foreclose with the Circuit Court of Cook County, Illinois, Case No. 11 CH 40227 ("Foreclosure Action") on November 22, 2011.

*ANSWER*: Admit that a foreclosure case was filed.

7. Concurrently with filing its complaint in the Foreclosure Action, on November 22, 2011, UPB recorded its lis pendens notice of foreclosure ("Notice of Foreclosure") with the Cook County Recorder of Deeds as Document No. 1132644060. A copy of the Notice of Foreclosure is attached hereto as Exhibit 2.

*ANSWER*: Admit that Exhibit 2 appears to be a Lis Pendens notice. Deny the validity until such time

as it is admitted into evidence.

8. The Notice of Foreclosure provides a Permanent Index Number for the Subject Property as "25-09-129-064-0000", and for the legal description states:
LOT 4 (EXCEPT THE NORTH 8 FEET THEREOF) AND THE NORTH 8 FEET OF LOT 5 IN BLOCK 9 IN ODELL'S ADDITION TO EUCLID PARK, A SUBDIVISION OF THE EAST 1/2 OF THE NORTHWEST 1/4 OF SECTION 9, TOWNSHIP 37 NORTH, RANGE 14 EAST OF THE THIRD PRINCIPAL MERIDIAN, IN COOK COUNTY, ILLINOIS.

*ANSWER*: Admit that the description in Par. 5 above is the same as seen in the assignment. Deny as to any other allegation.

9. Urban Partnership Bank assigned its interests in the Mortgage to MRF Illinois One, LLC on or about December 13, 2013 and recorded with the Cook County Recorder of Deeds as Document No. 1610656052 on April 15, 2016.

*ANSWER*: Admit that an assignment was filed. Deny that Kondaur has adequately proven other allegations embodied in the assignment.

10. MRF Illinois One, LLC assigned its interests in the Mortgage to Kondaur on or about January 28, 2016 and recorded with the Cook County Recorder of Deeds as Document No. 1610656053 on April 15, 2016.

*ANSWER*: Admit that an assignment was filed. Deny that Kondaur has adequately proven other allegations embodied in the assignment.

## First Affirmative Defense

11. Kondaur restates and incorporates by reference the facts stated in Paragraphs 1-10 of its Affirmative Defenses above.

*ANSWER*: To the extent this allegation contains any facts, they are denied.

12. Plaintiff fails to state a claim for which the relief requested can be granted, and Kondaur reserves and does not waive its arguments relating to the legal sufficiency of Plaintiff's allegations.

*ANSWER*: Deny.

## Second Affirmative Defense

13. Kondaur restates and incorporates by reference the facts stated in Paragraphs 1-10 of its Affirmative Defenses above.

*ANSWER*: To the extent this allegation contains any facts, they are denied.

14. To the extent that Plaintiff suffered any alleged damages, the existence of which are expressly denied, the alleged damages are barred and/or limited in whole or in part by the Plaintiff's own failure to mitigate the alleged damages, and/or the alleged damages were caused in whole or in part by their own acts or omissions.

*ANSWER*: Deny.

### Third Affirmative Defense

15. Kondaur restates and incorporates by reference the facts stated in Paragraphs 1-10 of its Affirmative Defenses above.

*ANSWER*: To the extent this allegation contains any facts, they are denied.

16. Plaintiff's claims are barred by the equitable doctrines of estoppel, waiver, laches, and/or unclean hands.

*ANSWER*: Deny.

WHEREFORE Dylan Reeves, the Plaintiff herein, prays that this Honorable Court enter a Judgment against Defendant, Kondaur Capital Corp., avoiding the mortgage lien claimed against The Reeves Property at 9808 S. Normal in Chicago, Illinois.

    Respectfully submitted,

      /s/ Robert J. Adams & Assoc.
    ONE OF THE ATTORNEYS FOR
    Dylan Reeves
    Robert J. Adams & Associates