# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS - EASTERN DIVISION

| | |
|---|---|
| In re: Dylan Reeves | ) IN AN ADVERSARY PROCEEDING |
| Debtor(s) | ) |
| Dylan Reeves | ) |
| Plaintiff(s) | ) |
| vs. | ) Adversary No. 16-00523 |
| Kondaur Capital Corp. | ) |
| Defendant | ) Judge Janet S. Baer |
| | ) Re: Ch. 13 Case No. 13-21976 |

## NOTICE OF MOTION

To the following named persons or entities:  (Separate Service List may be attached)

Dylan Reeves
8737 S. Racine Ave
Chicago, IL 60620

Tom Vaughn, trustee
(Via ECF: courtdocs@tvch13.net)

Kondaur Capital Corp.
c/o Coleman J. Braun
Maurice Wutscher LLP
105 W. Madison, 18th Flr.
Chicago, IL 60602
(Via ECF: cbraun@mwbllp.com)

## CERTIFICATE OF SERVICE*

I, Robert J. Adams, an attorney, certify that a copy of this Notice and attached documents were served upon the above-entitled parties by depositing same in the United States mail* at 901 W Jackson, suite 202, Chicago, Illinois, with sufficient postage prepaid by Robert J. Adams & Associates.

Date of Service:  10/03/2016          Signature:    /s/ Robert J. Adams
                                                    Robert J. Adams

   Please take notice that on **October 6, 2016 at 10 a.m. (with previously scheduled set matter)** I shall appear before the Honorable Judge Janet S. Baer in Court Room 615 at the U.S. Bankruptcy Court located at 219 S. Dearborn, Chicago, Illinois 60604 and present the attached motion.

*Where indicated, some parties have been served electronically instead of by mail

**Robert J. Adams & Associates - 901 W Jackson St, Suite 202 Chicago, IL 60607     Phone: 312.346.0100**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS - EASTERN DIVISION**

| | | |
|---|---|---|
| In re:Dylan Reeves | ) | IN AN ADVERSARY PROCEEDING |
| Debtor(s) | ) | |
| Dylan Reeves | ) | |
| Plaintiff(s) | ) | |
| vs. | ) | Adversary No. 16-00523 |
| Kondaur Capital Corp. | ) | |
| Defendant | ) | Judge Janet S. Baer |
| | ) | Re: Ch. 13 Case No. 13-21976 |

## DEBTOR'S MOTION FOR SUMMARY JUDGMENT

NOW COMES Dylan Reeves, hereinafter referred to as "Debtor(s)", by and through the Law Offices of Robert J. Adams & Associates, and states as follows:

1. On May 27, 2013, Debtor(s) filed a voluntary petition for relief under Title 11 U.S.C. Chapter 13. (Attached as Exhibit 1 is a copy of the BK docket.)

2. This Honorable Court has jurisdiction over this proceeding under the provisions of Title 11 U.S.C. § 105 and Title 28 U.S.C. §§ 157 and 1334. (Admitted by Defendant, Answer Paragraph 4.)

3. The Debtor's Chapter 13 plan was confirmed on November 7, 2013. (Exhibit 1.)

4. The Plan was served on Urban Partnership Bank at 7054 S. Jeffery Blvd., Chicago, IL 60649. (Attached as Exhibit 2 is a copy of the plan with the court's certificate of notice.)

5. The Plan was also served on Shorebank at the same address. (Exhibit 2.)

6. Additionally, Attorney Gregory McCormick was served at the address of his law firm, Garfield & Merel. (Exhibit 2.)

7. Gregory McCormick is listed as the attorney acting on behalf of Urban Partnership Bank in the Assignment of Mortgage and Lis Pendens attached as Exhibits 1 and 2 to the Answer. (Attached hereto as Exhibits 3 and 4 respectively.)

8. Additionally, Garfield & Merel is the attorney of record on the foreclosure case that was

pending at the time of the bankruptcy filing. (Attached as Exhibit 5 is a copy of the foreclosure docket for Case No. 11 Ch 40227.)

9. The relevant property, relating to the foreclosure and the mortgage, is 9808 S. Normal, Chicago, IL 60628. (Attached as Exhibit 6 is a copy of the mortgage with Shorebank listing the Plaintiff and property address.)

10. The property at 9808 S. Normal was duly listed as property owned by the debtor on Schedule A and shown with various mortgages on Schedule D. (Attached as Exhibit 7 is copy of the relevant schedules.)

11. The relevant entry on Schedule D is Urban Partnership Bank, Account No. 542605, with a value of $93,000 and amount of claim of $231,300. (Exhibit 7, page 11 of 19.)

12. The amount of claim on Schedule D is the same as the face amount of the mortgage. (Compare Exhibit 7, page 11 of 19, to Exhibit 6.)

13. In the Plan, Par. 3.2(c) provides the claim and mortgage are treated as unsecured. (Exhibit 2, page 6 of 9.)

14. The Plan also provides "Urban Partnership Bank (account number 542605) shall not be paid on any secured proof of claim; lien to be avoided and treated as unsecured. (Exhibit 2, p. 5 of 9.)

15. Urban Partnership Bank did not object to the plan nor did it file anything on the bankruptcy case until February 23, 2015 when an appearance was filed. (Exhibit 1, Docket Entry 54, and Exhibit 8 is a copy of the appearance.)

16. Urban Partnership Bank assigned its interest to MRF Illinois One, LLC which then assigned its interest to Kondaur Capital Corp. (Attached as Exhibit 8 are the assignments taken from the motion to modify the stay of Kondaur Capital.)

17. Urban Partnership Bank was properly served with the plan.

18. Upon confirmation, the terms of the plan became binding on Urban Partnership Bank and are now binding on its successor, Kondaur Capital Corp.

WHEREFORE Dylan Reeves, the Debtor(s) herein, pray(s) that this Honorable Court enter an Order granting summary judgment to Dylan Reeves and avoiding the mortgage lien of Kondaur Capital Corp. on the property at 9808 S. Normal in Chicago, Illinois.

        Respectfully submitted,

        /s/ Robert J. Adams & Associates
        Attorney for Dylan Reeves
        Robert J. Adams & Associates

**Robert J. Adams & Associates - 901 W Jackson St, Suite 202 Chicago, IL 60607    Phone: 312.346.0100**