UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: DYLAN REEVES, | ) | Case No. 13-21976 |
| | ) | |
| Debtor, | ) | Chapter 13 |
| | ) | |
| DYLAN REEVES, | ) | Adv. Pro. No. 16-00523 |
| | ) | |
| Plaintiff, | ) | Honorable Janet S. Baer |
| | ) | Judge Presiding |
| v. | ) | |
| | ) | |
| KONDAUR CAPITAL CORP., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**KONDAUR'S MOTION FOR SUMMARY JUDGMENT**

Defendant, Kondaur Capital Corp. ("Kondaur"), by its counsel and pursuant to Federal Rule of Civil Procedure 56 and Federal Rules of Bankruptcy Procedure 7056 moves for summary judgment in its favor as to the adversary complaint [Doc. 1] ("Adversary Complaint") filed by Plaintiff, Dylan Reeves ("Plaintiff"), and in support thereof, states as follows:

1. Summary judgment is appropriate in favor of Kondaur and against the Plaintiff as to the Adversary Complaint because there is no genuine issue of fact and as a matter of law, Plaintiff's claim in his Adversary Complaint that Kondaur's lien on the real property commonly known as 9808 S. Normal, Chicago, Illinois is avoidable is without merit.

2. For these reasons, as further demonstrated in Kondaur's concurrently filed memorandum of law and its statement of material facts in support of its motion, the Court should grant summary judgment in Kondaur's favor as to the Adversary Complaint filed by Plaintiff.

WHEREFORE, Kondaur respectfully requests that this court grant its Motion for

Summary Judgment, and provide such further and additional relief as the Court determines is necessary and appropriate.

| | |
|---|---|
| Dated: December 22, 2016 | Respectfully submitted, |
| | |
| Ralph T. Wutscher | **KONDAUR CAPITAL CORP.** |
| Coleman J. Braun | |
| Allan Z. Enriquez | |
| MAURICE WUTSCHER LLP | |
| 105 W. Madison Street, 18th Floor | |
| Chicago, Illinois 60602 | |
| Tel. (312) 416-6170 | By:   /s/ Coleman J. Braun |
| Fax. (312) 284-4751 | One of Its Attorneys |

### Certificate of Service

Coleman J. Braun, an attorney, certifies that on **December 22, 2016**, he caused the service of a true and correct copy of the foregoing document and any referenced exhibits via ECF on all parties who are Filing Users.

  /s/ Coleman J. Braun

2