UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | |
|---|---|
| In Re:<br>Dylan Reeves<br><br><br>Debtor(s)<br>Dylan Reeves<br><br><br>Plaintiff(s)<br>KONDAUR CAPITAL CORP / PNC BANK,<br>NATIONAL ASSOCIATION<br><br>Defendant(s) | BK No.: 13-21976<br>Chapter: 13<br>Honorable Donald R. Cassling<br><br>Adv. No.: 16-00523 |

## ORDER GRANTING KONDAUR CAPITAL CORP.'S MOTION FOR SUMMARY JUDGMENT

This matter coming to be heard on the Motion for Summary Judgment [Doc. 22] ("Motion") filed by Defendant, Kondaur Capital Corp. ("Kondaur"), due notice provided and Debtor, Dylan Reeves ("Debtor"), appearing in person and by counsel, and the Court being fully advised in the premises, IT IS HEREBY ORDERED:

For the reasons more fully explained on the record at the hearing on February 2, 2017, and the Court's prior order dated December 8, 2016 [Doc. 20], Kondaur's Motion is GRANTED as follows:

1) Judgment is entered in favor of Kondaur and against Debtor as to Debtor's complaint [Doc. 1].

Enter: *Donald R. Cassling*

Honorable Donald R. Cassling
United States Bankruptcy Judge

Dated: FEB 7, 2017